**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Brett D. Leavey, | ) | |
| | ) | |
|     Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIV-02-2281-PHX,SMM |
| | ) | |
| Unum/Provident Corp., et al., | ) | **JUDGMENT** |
| | ) | |
|     Defendant(s). | ) | |

**  XXX  **     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_____**     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Jury having found in favor of the Plaintiff as follows:

**(1) Verdict for Plaintiff on Claim for Breach of Duty of Good Faith and Fair Dealing** that the Jury finds in favor of Plaintiff Brett Leavey and against Defendants UnumProvident Corporation and Provident Life and Accident Insurance Company in the following amounts: (a) For mental, physical, and emotional pain and suffering experienced and which will be experienced in the future, in the amount of $4,000,000.00 (b) For policy benefits (reduced to present value) for the period in which the Plaintiff will be totally disabled in the future, in the amount of

$809,028.00.

      **(2) Verdict of Claim for Punitive Damages** that the Jury finds in favor of Plaintiff Brett Leavey against Defendants UnumProvident Corporation andProvident Life and Accident Insurance Company in the amount of $15,000,000.00.

DATED at Phoenix, Arizona, this 13th day of October, 2005.

                                  RICHARD H. WEARE
                                  DCE/Clerk of Court

                                By:    s/ M. Pruneau
                                          Deputy Clerk

CIV-21 (7/94)