DAWSON
& ROSENTHAL, P.C.

Steven C. Dawson, State Bar No. 006674
Anita Rosenthal, State Bar No. 006199
6586 Highway 179, Suite B-2
Sedona, AZ 86351
dandrpc@msn.com
(602) 494-3800)

Gregg H. Temple, State Bar No. 009866
GREGG H. TEMPLE, P.C.
11801 N. Tatum Blvd., Suite 247
Phoenix, AZ 85028
gtemple@cox.net
(602) 808-0508

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| (1) Brett D. Leavey, | Case No. CIV-02-2281 PHX SMM |
|      Plaintiff, | |
| vs. | |
| (2) UNUM/Provident Corporation, a foreign corporation, and(3)  Provident Life and Accident Insurance Company, a foreign corporation, | PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES |
|      Defendants. | |

As a result of the Judgment entered on October 13, 2005, plaintiff respectfully requests this Court to grant him a portion of his attorneys' fees and related non-taxable expenses incurred in successfully bringing this action against Provident Life and Accident Insurance Company and UNUMProvident Corporation.  Dr. Leavey petitions this Court for an award of fees and related non-taxable expenses in the amount of approximately $1,000,000.00.

DAWSON
& ROSENTHAL, P.C.
_____

1

2    Plaintiff's request for attorneys' fees and related non-taxable expenses is made

3   pursuant to A.R.S. § 12-341.01 and Civ.R. 54(d)(2), and is supported by the Memorandum

4   of Points and Authorities which will be filed on or before December 9, 2005.

5

6

7    Respectfully submitted this 24th day of October, 2005.

8                                         DAWSON & ROSENTHAL, P.C.
9                                                 and
                                          GREGG H. TEMPLE, P.C.
10

11                                        By   s/Steve Dawson
12                                             Steven C. Dawson
                                               Anita Rosenthal
13                                             6586 Highway 179, Suite B-2
                                               Sedona, AZ  86351
14                                             Attorneys for Plaintiff
15

16   I hereby certify that on October 24, 2005, I electronically transmitted the attached document
17   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of
     Electronic Filing to the following CM/ECF registrants:
18

19   Stephen Bressler
     Ann Andrews
20   Scot Bennett
     Lewis & Roca
21   40 North Central
     Phoenix, AZ  85004
22   Attorney for Defendants
23

24   __s/Carla Parkes_____

25

26