AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

DISTRICT OF _____

Brett D. Leavey

v.

Provident Life & Accident Ins. Co., et al.

**Amended BILL OF COSTS**

Case Number: CIV-02-2281-PHX-SMM

Judgment having been entered in the above entitled action on 10/13/05 [Date] against UnumProvident Corporation, Provident Life & Accident Ins. Co. the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 190.00 |
| Fees for service of summons and subpoena | 350.80 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 7743.07 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 180.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 6.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 8,469.87** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Please see attachments to Bill of Costs filed 10/24/05

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Steve Bressler, Attorney for Defendant's

Signature of Attorney: _[signed]_

Name of Attorney: Steven C. Dawson

For: Plaintiff, Brett Leavey
    Name of Claiming Party

Date: 10/31/05

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____ _____
Clerk of Court      Deputy Clerk      Date

**Fees of the Clerk**

| 3/25/02 | Clerk of the Court filing fee | 190.00 |

**Fees for Service of Summons and Subpoena**

| 3/27/02 | Hawkins & Campbell-Service of Complaint on UNUMProvident Corporation | 40.00 |
| 3/27/02 | Hawkins & Campbell-Service of Complaint on UNUMProvident Corporation | 49.60 |
| 5/30/03 | Hawkins & Campbell-Subpoena for Custodian of Records for Kimberly Obitz, Ph.D. | 40.00 |
| 5/30/03 | Hawkins & Campbell-Subpoena for Custodian of Records for Cynthia Stonnington. M.D. | 40.00 |
| 1/16/04 | Hawkins & Campbell-Subpoena for Custodian of Records for Cynthia Stonnington. M.D. | 116.20 |
| 1/16/04 | Hawkins & Campbell-Subpoena for Custodian of Records for Kimberely Obitz, Ph.D. | 65.00 |
|  | **TOTAL** | **350.80** |

**Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case.**

| 11/7/03 | Huesby & Associates-Depositions of B. Porter, J. Johnson, and J. Conrad | 2022.90 |
| 11/7/03 | Huesby & Associates-Depositions of D. Goldsmith, P. Brown, and G. Breter | 1502.80 |
| 8/20/03 | Bartelt & Kenyon-Deposition of B. Leavey | 643.95 |
| 12/22/03 | Coash & Coash-Deposition of M. Sucher, M.D. | 318.35 |
| 6/30/04 | Coash & Coash-Deposition of J. Curtin, M.D. | 273.08 |
| 2/4/04 | Coash & Coash-Deposition of E. Almer, M.D. | 303.97 |
| 2/6/04 | Bartelt & Kenyon-Depositions of K. Obitz, Ph.D. and Cynthia Stonnington, M.D. | 735.00 |
| 2/10/04 | Coash & Coash-Deposition of M. Desch, M.D. | 192.72 |
| 7/9/04 | Downing & Peters-Deposition of M. Fuller | 287.40 |
| 7/8/04 | Bartelt & Kenyon-Deposition of M. Reiser | 272.70 |
| 7/12/04 | Bartelt & Kenyon-Deposition of D. Hayes | 388.80 |
| 8/17/04 | Huesby & Associates-Depositions of J. Conrad and J. Johnson | 801.40 |
|  | **TOTAL** | **7743.07** |

**Fees for Witnesses**

| 5/29/03 | Custodian of Records-Cynthia Stonnington-witness fee | 45.00 |
| 5/29/03 | Custodian of Records-Kimberely Obitz-witness fee | 45.00 |

| 1/15/04 | Custodian of Records-Cynthia Stonnington-witness fee | 45.00 |
|---------|------------------------------------------------------|-------|
| 1/15/04 | Custodian of Records-Kimberely Obitz-witness fee     | 45.00 |
|         | **TOTAL**                                            | **180.00** |

### Fees for exemplification and copies of papers necessarily obtained for use in the case

| 9/2/05 | Arizona Department of Insurance-certified copies of defendants' financial statements | 6.00 |
|--------|--------------------------------------------------------------------------------------|------|
|        | **TOTAL**                                                                            | **6.00** |