UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brett D. Leavey, | No. CIV-02-2281 PHX SMM |
| Plaintiff, | **AMENDED JUDGMENT** |
| vs. | |
| UNUM/Provident Corporation, a foreign corporation, and Provident Life and Accident Insurance Company, a foreign corporation, | |
| Defendants. | |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. The Court has ruled on Defendants' post-judgment motions, and Plaintiff has accepted a remittitur of only the compensatory damages award.

IT IS HEREBY ORDERED AND ADJUDGED as follows:

That Plaintiff Brett D. Leavey recover of Defendants UNUM/Provident Corporation and Provident Life and Accident Insurance Company in the sum of Eight Hundred Nine Thousand Twenty-eight Dollars ($809,028.00) in future policy

1302276

1  benefits; and the sum of One Million Two Hundred Thousand Dollars
2  ($1,200,000.00) for compensatory damages for pain and suffering; and the sum of
3  Three Million Dollars ($3,000,000.00) for punitive damages; and his attorney's fees
4  in the amount of Seven Hundred Fifty-five Thousand Two Hundred Forty-seven and
5  50/100 Dollars ($755,247.50); and his taxable costs in the amount of Eight Thousand
6  Two Hundred Seventeen and 37/100 Dollars ($8,217.37). This judgment shall accrue
7  interest at the rate of 4.08 % from the initial judgment date of October 13, 2005.

Dated: July 10, 2006                    Richard H. Weare, Clerk/DCE


                                        By: s/Shelly Butout
                                        Deputy Clerk, Shelly Butout