Steven C. Dawson, 006674
Anita Rosenthal, 006199
DAWSON & ROSENTHAL, P.C.
3550 N. Central Ave., Suite 1750
Phoenix, Arizona 85012
dandrpc@msn.com
(602) 494-3800 – (602) 957-9857

Gregg H. Temple, 009866
GREGG H. TEMPLE, P.C.
4835 East Cactus Road, Suite 225
Scottsdale, Arizona 85254
gtemple@cox.net
(602) 808-0508

Thomas L. Hudson, 014485
Danielle D. Janitch, 021838
Mark P. Hummels, 023283
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
thudson@omlaw.com
djanitch@omlaw.com
mhummels@omlaw.com
(602) 640-9000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| (1) Brett D. Leavey,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>(2) UNUM/Provident Corporation, a foreign corporation, and (3) Provident Life and Accident Insurance Company, a foreign corporation,<br><br>　　　　　Defendants. | No. CIV-02-2281 PHX SMM<br><br>**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT** |

Plaintiff hereby gives Notice of the Satisfaction of Judgment in a Civil Case, judgment was entered in Plaintiff's favor against Defendants on July 10, 2006 (Document 280).

Respectfully submitted November 7, 2008

DAWSON & ROSENTHAL, P.C.


By ___/Steve Dawson_____
Steven C. Dawson
Attorney for Plaintiff


I certify that on November 7, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen M. Bressler
Ann-Martha Andrews
Scott Michael Bennett
Lewis and Roca, LLP
40 North Central Avenue
Phoenix, Arizona  85004-4429
sbressler@lrlaw.com
aandrews@lrlaw.com
sbennett@lrlaw.com
Attorneys for Defendants

s/Carla Parkes